| Prob 22 (9/00) | | DOCKET NUMBER (Tran Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED DEC 14 2007 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY | Middle District of North Carolina |
| | | DOCKET NUMBER (Rec Court) 1:05CR231-1A 07CR7045IEG |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| JAMES PATRICK MCGUIRE San Diego, CA | Middle District of North Carolina | Greensboro |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable James A. Beaty, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 06/05/2006 | TO 06/04/2009 |

FILED DEC 10 2007 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C. By ___

**OFFENSE**

Make, Utter and Possess a Counterfeit Security, 18 USC 513(a) & 2

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/18/07
Date

_[signature]_
United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   SOUTHERN   DISTRICT OF   CALIFORNIA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/6/07
Date

_[signature]_ Irma E. Gonzalez
United States District Judge

# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk          December 10, 2007                    TELEPHONE:
                                                              CIVIL (336) 332-6030
                                                           CRIMINAL (336) 332-6020
                                                              ADMIN (336) 332-6015

Mr. Sam Hamrick, Clerk
United States District Court
Southern District of California
Edward J. Schwartz US Courthouse
Suite 4290
940 Front Street
San Diego, CA 92101

<u>USA v. JAMES PATRICK MCGUIRE; MDNC NO.1:05CR23-1</u>

    Enclosed are copies of the following papers in the above case that were sent to your district for disposition pursuant to 18 USC 3605.

    1. Transfer of Jurisdiction.
    2. Indictment.
    3. Judgment.
    4. Docket Sheet.

    Please acknowledge receipt of these papers on the enclosed copy of this letter

                                            Sincerely,
                                            JOHN S. BRUBAKER, CLERK

                                            By: /s/ Kimberly Garrett

                                                   Deputy Clerk

kg
Enclosures

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : 1:05CR23-1 |
| | : |
| JAMES PATRICK MAGUIRE | : |

The Grand Jury charges:

On or about December 7, 2004, in the County of Alamance, in the Middle District of North Carolina, JAMES PATRICK MAGUIRE did make, utter and possess a counterfeited and forged security of Capital City Bank of Tallahassee, Florida, an organization, operating in and affecting interstate commerce, that is, Capital City Bank check number 1253, purportedly drawn on the account of Nora Kay King, in the amount of $439.00, payable to the order of JM & M Consultants, that had been falsely made, manufactured, altered, completed, and signed, and that contained a false addition thereto and insertion therein, with the intent to deceive a person and an organization, in violation of Title 18, United States Code, Sections 513(a) and 2.

A TRUE BILL:

_____
FOREPERSON

_____
L. PATRICK AULD
ASSISTANT UNITED STATES ATTORNEY

_____
ANNA MILLS WAGONER
UNITED STATES ATTORNEY

A True Copy
Teste:
John S. Brubaker, Clerk
By: _____
     Deputy Clerk

ENTERED ON DOCKET
R. 55
JUL 21 2005
UNITED STATES
BY: [signature]

# United States District Court
## Middle District of North Carolina

UNITED STATES OF AMERICA
v
JAMES PATRICK MAGUIRE

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 1 05CR23-1
USM Number: 22484-057

David B Smith
Defendant's Attorney

FILED JUL 21 2005

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court
☐ was found guilty on count(s) _____ after a plea of not guilty

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s)

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 513 (a) & 2 | Make, utter and possess a counterfeit security | December 7, 2004 | 1 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment  The sentence is imposed pursuant to the Sentencing Reform Act of 1984

☐ The defendant has been found not guilty on count(s)
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, costs, and special assessments imposed by this judgment are fully paid  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances

June 9, 2005
Date of Imposition of Judgment

[signature]
Signature of Judicial Officer

A True Copy
Teste:
John S. Brubaker, Clerk
By: [signature]
Deputy Clerk

James A Beaty, Jr, United States District Judge
Name & Title of Judicial Officer

July 21, 2005
Date

| DEFENDANT    | JAMES PATRICK MAGUIRE |
|---|---|
| CASE NUMBER  | 1 05CR23-1 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of
**20 months**

☒ The court makes the following recommendations to the Bureau of Prisons that the defendant be housed in a Bureau of Prisons facility as close as possible to his place of residence ( San Diego, CA) and that the defendant be allowed to participate in any intensive substance abuse treatment provided by the Bureau of Prisons

☒ The defendant is remanded to the custody of the United States Marshal

☐ The defendant shall surrender to the United States Marshal for this district

  ☐ at _____ am/pm on _____

  ☐ as notified by the United States Marshal

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

  ☐ before 2 pm on _____

  ☐ as notified by the United States Marshal

  ☐ as notified by the Probation or Pretrial Services Office

## RETURN

I have executed this judgment as follows

Defendant delivered on _____ to _____ at
_____, with a certified copy of this judgment

UNITED STATES MARSHAL

BY

DEPUTY US MARSHAL

DEFENDANT        JAMES PATRICK MAGUIRE
CASE NUMBER     1 05CR23-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **three (3) years.**

   The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons

The defendant shall not commit another federal, state, or local crime

The defendant shall not unlawfully possess a controlled substance   The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse   (Check, if applicable)

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon  (Check, if applicable)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer  (Check, if applicable)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer  (Check, if applicable)

☐ The defendant shall participate in an approved program for domestic violence  (Check, if applicable)

   If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment

   The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer,
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month,
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer,
4) the defendant shall support his or her dependents and meet other family responsibilities,
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons,
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment,
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician,
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered,
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer,
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer,
11) the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer,
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court,
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement

AO 245B (NCMD Rev 12/03) Sheet 3a  Supervised Release Special Conditions                                                                Page 4 of 8

| DEFENDANT | JAMES PATRICK MAGUIRE |
|---|---|
| CASE NUMBER | 1 05CR23-1 |

## SPECIAL CONDITIONS OF SUPERVISION

1   The defendant shall submit to substance abuse testing, at anytime, as directed by the probation officer  The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing or inpatient/residential treatment, and pay for treatment services, as directed by the probation officer  During the course of treatment, the defendant shall abstain from the use of alcoholic beverages and/or any controlled substances unless he has a prescription from a licensed medical provider

2   The defendant shall provide any requested financial information to the probation officer

3   The defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer

4   The defendant shall notify the Court of any material change in economic circumstances that might affect his or her ability to pay restitutions, fines or special assessment

5   Given the nature of the business scheme involved in the instant offense, it is ordered pursuant to USSG § 5F1 5 that the defendant shall not engage in any self employment activities or other occupation or business scheme which is designed to, or which in fact, does commit a fraud upon the public by promising services and benefits the defendant knows or has reason to believe that he cannot be truthfully provide

DEFENDANT      JAMES PATRICK MAGUIRE
CASE NUMBER    1 05CR23-1

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties under the Schedule of Payments sheet

|        | Assessment | Fine | Restitution |
|--------|------------|------|-------------|
| Totals | $ 100 00   | $    | $ 878 00    |

☐ The determination of restitution is deferred until _____ An *Amended Judgment in a Criminal Case* (AO245C) will be entered after such determination

☒ The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below  However, pursuant to 18 U S C § 3664(i), all non-federal victims must be paid in full prior to the United States receiving payment

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Payment |
|---|---|---|---|
| Nora Kay King | $ 878 00 | $ 878 00 | |
| Totals | $ 878 00 | $ 878 00 | |

☐ Restitution amount ordered pursuant to plea agreement                $

☐ The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U S C § 3612(f)  All of the payment options on Sheet 5, Part B, may be subject to penalties for default and delinquency pursuant to 18 U S C § 3612(g)

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that

    ☐ the interest requirement is waived for the   ☐ fine and/or   ☐ restitution

    ☐ the interest requirement for the   ☐ fine and/or   ☐ restitution is modified as follows

---

** Findings for the total amount of losses are required under Chapters 109A, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 24, 1996

AO 245B (NCMD Rev 12/03) Sheet 5 Part B - Schedule of Payments                                                                                                     Page 6 of 8

| DEFENDANT | JAMES PATRICK MAGUIRE |
|---|---|
| CASE NUMBER | 1 05CR23-1 |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows

A ☒ Lump sum payment of $ 100 00 due immediately, balance due

    ☐ not later than _____ , or

    ☒ in accordance with ☐ C, ☒ D or, ☐ E below, or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below), or

C ☐ Payment in _____ (equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e g , months or years), to commence _____ (e g , 30 or 60 days) after the date of this judgment, or

D ☒ Restitution in *monthly* installments of $ 150 00 over a period of three (3) years, to commence 60 days after release from imprisonment to a term of supervision, or

E ☐ Payment during the term of supervised release will commence within _____ (e g , 30 or 60 days) after release from imprisonment  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time, or

F ☒ Special instructions regarding the payment of criminal monetary penalties

**If the defendant is unable to pay the special assessment immediately, it may be paid through the Inmate Financial Responsibility Program**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk of Court, United States District Court for the Middle District of North Carolina, P O Box 2708, Greensboro, NC  27402, unless otherwise directed by the court, the probation officer, or the United States Attorney

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed

☐ Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount

☐ The defendant shall pay the cost of prosecution

☐ The defendant shall pay the following court cost(s)

☐ The defendant shall forfeit the defendant's interest in the following property to the United States

Payments shall be applied in the following order  (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs

PRIOR

## U.S. District Court
## North Carolina Middle District (Durham)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-00023-JAB All Defendants
### Internal Use Only

Case title: USA v. MAGUIRE  
Magistrate judge case number: 1:04-mj-00632

Date Filed: 02/01/2005  
Date Terminated: 07/21/2005

Assigned to: CHIEF JUDGE JAMES A. BEATY, JR

### Defendant (1)

**JAMES PATRICK MAGUIRE**  
*TERMINATED: 07/21/2005*

represented by **DAVID B. SMITH**  
100 S. ELM ST., STE. 520  
GREENSBORO, NC 27401  
336-574-2533  
Fax: 336-574-3378  
Email: dbsmithattorney@msn.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: CJA Appointment

### Pending Counts

18:513(a) & (2) Made, Uttered & Possessed Counterfeited and Forged Security of Capital City Bank  
(1)

### Disposition

Twenty (20) mos. imprisonment; three (3) yrs. supervised release; $100.00 special assessment; restitution $878.00

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

18:513, 1343 & 1344 Making, uttering, and possessing counterfeited and forged securities, and executing a scheme to defraud through the use of interstate wire communications and to defraud financial institutions [ 1:04-m -632 ]

### Disposition

A True Copy  
Teste:  
John S. Brubaker, Clerk  
By:  
_____  
Deputy Clerk

### Plaintiff

**UNITED STATES OF AMERICA**

represented by **LAWRENCE PATRICK AULD**  
OFFICE OF U. S. ATTORNEY

POB 1858
GREENSBORO, NC 27402
336-333-5351
Email: patrick.auld@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/22/2004 | | ARREST of JAMES PATRICK MAGUIRE [ 1:04-m -632 ] (K. Garrett) (Entered: 12/29/2004) |
| 12/27/2004 | 1 | COMPLAINT as to JAMES PATRICK MAGUIRE [ 1:04-m -632 ] (K. Garrett) (Entered: 12/27/2004) |
| 12/27/2004 | 2 | ARREST WARRANT issued as to JAMES PATRICK MAGUIRE [ 1:04-m -632 ] (K. Garrett) (Entered: 12/27/2004) |
| 12/27/2004 | | Initial appearance as to JAMES PATRICK MAGUIRE held before MAG/JUDGE P. T. SHARP in GSO (Defendant informed of rights.) Proceedings recorded [ 1:04-m -632 ] (K. Garrett) (Entered: 12/29/2004) |
| 12/29/2004 | 3 | CJA 23 FINANCIAL AFFIDAVIT by JAMES PATRICK MAGUIRE [ 1:04-m -632 ] (K. Garrett) (Entered: 12/29/2004) |
| 12/29/2004 | 4 | CJA 20 as to JAMES PATRICK MAGUIRE : Appointment of Attorney DAVID B. SMITH (Signed by MAG/JUDGE P. T. SHARP) [ 1:04-m -632 ] (K. Garrett) (Entered: 12/29/2004) |
| 12/29/2004 | 5 | ORDER OF TEMPORARY DETENTION signed by MAG/JUDGE SHARP as to JAMES PATRICK MAGUIRE. Preliminary Examination and Detention Hearing set for 2:30 pm on 1/3/05 in WINSTON-SALEM #2 COURTROOM before MAG/JUDGE RUSSELL A. ELIASON. Ccs. dist. [ 1:04-m -632 ] (K. Garrett) (Entered: 12/29/2004) |
| 01/03/2005 | | Detention hearing as to JAMES PATRICK MAGUIRE held before MAG/JUDGE RUSSELL A. ELIASON in WS-2 ; proceedings recorded. Atty David Smith appeared on behalf of the deft. The defendant is detained w/out privilege of bond. [ 1:04-m -632 ] (W. Williamson) (Entered: 01/03/2005) |
| 01/03/2005 | 6 | ORDER OF DETENTION PENDING TRIAL signed by Mag/Judge Eliason as to JAMES PATRICK MAGUIRE. [ 1:04-m -632 ] (W. Williamson) (Entered: 01/03/2005) |
| 01/03/2005 | | Preliminary Hearing as to JAMES PATRICK MAGUIRE held before MAG/JUDGE RUSSELL A. ELIASON in WS-2 ; proceedings recorded. [ 1:04-m -632 ] (W. Williamson) Modified on 01/04/2005 (Entered: 01/04/2005) |
| 01/10/2005 | 7 | ARREST WARRANT Returned Executed as to JAMES PATRICK MAGUIRE on 12/27/04 [ 1:04-m -632 ] (K. Garrett) (Entered: 01/10/2005) |
| 02/01/2005 | 8 | INDICTMENT as to JAMES PATRICK MAGUIRE (1) count(s) 1 (E. Renteria) (Entered: 02/01/2005) |
| 02/01/2005 | | (Court only) **Added Government Attorney LAWRENCE PATRICK AULD as to JAMES PATRICK MAGUIRE (E. Renteria) (Entered: 02/01/2005) |
| 02/01/2005 | 9 | NOTICE of Hearing as to JAMES PATRICK MAGUIRE SET Arraignment for 9:30 2/7/05 for JAMES PATRICK MAGUIRE in GREENSBORO #1 COURTROOM Ccs. dist. (E. Renteria) (Entered: 02/01/2005) |
| 02/07/2005 | | Arraignment as to JAMES PATRICK MAGUIRE held Deft(s) entered plea of not guilty before JUDGE WILLIAM L. OSTEEN in Gso. Snyder, Ct. Rptr. Atty. David Smith appeared as counsel for deft. (R. Winchester) (Entered: 02/07/2005) |

| | | |
|---|---|---|
| 02/07/2005 | 10 | SCHEDULING ORDER dated 01/04/05 and dist. as to JAMES PATRICK MAGUIRE setting Motion Filing Deadline on 02/16/05 Motion Response Deadline on 02/23/05 Omnibus Motion Hearing Deadline on 03/07/05 at 9:30 a.m. in WSA Plea Agreement Deadline on 03/03/05 at 12:00 noon Jury Trial on 03/14/05 at 9:30 a.m. in WSA signed by Clerk (R. Winchester) (Entered: 02/07/2005) |
| 03/07/2005 | 11 | PLEA AGREEMENT filed by USA as to JAMES PATRICK MAGUIRE (Garrett, Kim) (Entered: 03/07/2005) |
| 03/10/2005 | 12 | Factual Basis Document as to JAMES PATRICK MAGUIRE filed on 3/10/2005. (Kemp, Donita) (Entered: 03/10/2005) |
| 03/10/2005 | | Minute Entry for proceedings held before Judge JAMES A. BEATY JR.:Factual Basis Hearing as to JAMES PATRICK MAGUIRE held on 3/10/2005. Written factual basis filed by Government. (Court Reporter Lori Russell.) (Kemp, Donita) (Entered: 03/10/2005) |
| 03/10/2005 | | Minute Entry for proceedings held before Judge JAMES A. BEATY JR.:CHANGE OF PLEA HEARING held on 3/10/2005. Defendant present in custody. Defendant placed under oath and advised of rights/charges/penalties; Court reviews the plea agreement; JAMES PATRICK MAGUIRE (1) pleads GUILTY to Count 1. Court finds the Defendant is competent to enter a guilty; Court orders the preparation of a Presentence Report. Sentencing set for 6/9/2005 09:30 AM in Winston-Salem Courtroom #2 before JUDGE JAMES A. BEATY JR. (Court Reporter Lori Russell.) (Kemp, Donita) (Entered: 03/10/2005) |
| 03/10/2005 | | Case as to JAMES PATRICK MAGUIRE Assigned to Judge JAMES A. BEATY, JR. (Kemp, Donita) (Entered: 03/10/2005) |
| 06/01/2005 | 13 | DEFT'S POSITION PAPER RE SENTENCING FACTOR (SEALED) as to JAMES PATRICK MAGUIRE (Garrett, Kim) (Entered: 06/01/2005) |
| 06/07/2005 | 14 | STIPULATION of the Parties Regarding Disputed Sentencing Issues (Garrett, Kim) (Entered: 06/08/2005) |
| 06/09/2005 | | Minute Entry for proceedings held before Judge JAMES A. BEATY JR.:Sentencing as to JAMES PATRICK MAGUIRE held on 6/9/2005 in WS. (Court Reporter Lori Russell.) (Kemp, Donita) (Entered: 06/09/2005) |
| 07/21/2005 | 15 | JUDGMENT as to JAMES PATRICK MAGUIRE (1), Count(s) 1, Twenty (20) mos. imprisonment; three (3) yrs. supervised release; $100.00 special assessment; restitution $878.00 . Signed by Judge JAMES A. BEATY JR. on 07/21/05. (Garrett, Kim) (Entered: 07/21/2005) |
| 12/10/2007 | 16 | Probation Jurisdiction Transferred to Southern District of California as to JAMES PATRICK MAGUIRE Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Garrett, Kim) (Entered: 12/10/2007) |
| 12/10/2007 | 17 | Letter to Clerk, Southern District of California as to JAMES PATRICK MAGUIRE re: Transfer of Jurisdiction. (Garrett, Kim) (Entered: 12/10/2007) |