# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

James Patrick Maguire

FILED
2008 JAN 16 PM 3:39
CLERK US DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

2248 4057
09-02-1964

## WARRANT FOR ARREST

CASE NUMBER: 07cr7045-IEG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   James Patrick Maguire
                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

DATE 01-15-2008
ARRESTED BY DUSM'S Allie, Knight, SAARI
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY: Jeanna Carice

RECEIVED 2008 JAN -9 A 11:14
U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title ____See Above____ United States Code, Section(s) _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| J. Haslam | January 9, 2008   San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ____NO BAIL SET____ by ____The Honorable Irma E. Gonzalez____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I 'D'     Allie     Due 1/11