1  GERARD J. WASSON
   California Bar Number: 166636
2  406 Ninth Avenue, Suite 205
   San Diego, California 92101
3  Telephone: (619) 232-0181

4  Attorney for James Patrick Maguire

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE IRMA E. GONZALEZ)

| UNITED STATES OF AMERICA, | ) | Criminal No. 07CR7045-IEG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION FOR ORDER |
| | ) | TO COMPEL DISCOVERY |
| JAMES PATRICK MAGUIRE, | ) | |
| Defendant. | ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY,
      GEORGE MANAHAN, ASSISTANT UNITED STATES ATTORNEY, and
      TIM NOGGLE, UNITED STATES PROBATION OFFICER

Mr. James Patrick Maguire, by and through his attorney, Gerard J. Wasson, respectfully moves this Court for an order that the United State Probation Office provide a copy of the reports and records referred to in the instant Petition for Warrant or Summons for Offender Under Supervision, filed January 8, 2008, including: (1) U.S. Pretrial Laboratory test results, (2) MHS Noncompliance Reports, (3) CRASH, Inc. termination report, and (4) the U.S. Probation Office records relating to allegation #4. This request is made pursuant to Fed. R. Crim. P. 32.1(b)(2)(B) and Rule 26.2(g)(3). Upon being notified by counsel, United State Probation Officer Tim Noggle has no objection to this request.

DATED: February 4. 2008                   /s/ Gerard J. Wasson
                                          GERARD J. WASSON, ESQ.
                                          Attorney for Mr. James Patrick Maguire

1

**GERARD J. WASSON**
Attorney at Law
California Bar No. 166636
406 Ninth Avenue, Suite 205
San Diego, California 92101
Telephone: (619) 232-0181
Attorney for Defendant James Patrick Maguire

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Crim. No. 07CR7045-IEG |
|         Plaintiff,                              ) | |
|                                                  ) | |
| v.                                                      ) | |
|                                                          ) | CERTIFICATE OF SERVICE |
|                                                          ) | |
| JAMES PATRICK MAGUIRE,         ) | |
|                                                          ) | |
|         Defendant.                          ) | |

IT IS HEREBY CERTIFIED THAT:

      I, GERARD J. WASSON, am a citizen of the United States and am at least eighteen years of age. My business address is 406 Ninth Avenue, Suite 205, San Diego, California, 92101.

      I am not a party to the above-entitled action. I have caused service of Defendant James Patrick Maguire's Motion for Order to Compel Discovery on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

      Assistant United States Attorney   George.manahan@usdoj.gov

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2008.              /s/   Gerard J. Wasson
                                                                GERARD J. WASSON, ESQ.