## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE IRMA E. GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07CR7045-IEG |
| Plaintiff, ) | |
| v. ) | |
| JAMES PATRICK MAGUIRE, ) | **ORDER FOR U.S. PROBATION TO PROVIDE DOCUMENTS TO COUNSEL** |
| Defendant. ) | |

**GOOD CAUSE SHOWING, IT IS HEREBY ORDERED** that the United State Probation Office provide a copy of the following documents: (1) U.S. Pretrial Laboratory test results, (2) MHS Noncompliance Reports, (3) CRASH, Inc. termination report, and (4) the U.S. Probation Office records pertaining to allegation #4, referred to in the Petition for Warrant or Summons for Offender Under Supervision, filed January 8, 2008, to defense counsel.

**SO ORDERED.**

**DATED: February 5, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

07CR7045