1  GERARD J. WASSON
   CALIFORNIA BAR NO 166636
2  406 Ninth Avenue, Suite 311
   San Diego, California 92101
3  Telephone: (619) 232-0181

4  Attorney for Defendant James Patrick Maguire

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE IRMA E. GONZALEZ)

| UNITED STATES OF AMERICA, | ) | Case No. 07CR7045-IEG |
|---|---|---|
| Plaintiff, | ) | Date: April 7, 2008 |
| | ) | Time: 9:00 a.m. |
| v. | ) | |
| | ) | MOTION FOR ORDER SHORTENING |
| JAMES PATRICK MAGUIRE, | ) | TIME TO DEFENDANT'S STATEMENT |
| | ) | IN MITIGATION UPON REVOCATION |
| Defendant. | ) | OF SUPERVISED RELEASE |
| | ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY,
      CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY

The defendant, James Patrick Maguire, by and through counsel, Gerard J. Wasson, hereby moves this Court for an order shortening time to file STATEMENT IN MITIGATION UPON REVOCATION OF SUPERVISED RELEASE on Friday, April 4, 2008. The reason for this request is Counsel moved offices last week, as a result had computer problems, including a crash of the hard drive, resulting in loss of a lot of data including the original version of this pleading.

DATED: April 4, 2008                  /s/ Gerard J. Wasson
                                      GERARD J. WASSON, ESQ.
                                      Attorney for James Maguire

07CR7045-IEG

1  GERARD J. WASSON
   Attorney at Law
2  California Bar No. 166636
   406 Ninth Avenue, Suite 311
3  San Diego, California 92101
   Telephone: (619) 232-0181
4

5  Attorney for Defendant James Patrick Maguire

6
                        UNITED STATES DISTRICT COURT
7                       SOUTHERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,        )    Crim. No. 07CR7045-IEG
9           Plaintiff,               )
                                     )
10 v.                                )
                                     )    CERTIFICATE OF SERVICE
11 JAMES PATRICK MAGUIRE,            )
                                     )
12         Defendant.                )

13 IT IS HEREBY CERTIFIED THAT:

14    I, GERARD J. WASSON, am a citizen of the United States and am at least eighteen years of age. My business address is 406 Ninth Avenue, Suite 311, San Diego, California, 92101.

16    I am not a party to the above-entitled action. I have caused service of the Defendant James Maguire's Motion for Order Shortening Time to hisStatement in Mitigation Upon Revocation of Supervised Release on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

      Assistant United States Attorney  carlos.arguello2@usdoj.gov

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2008.

                    /s/   Gerard J. Wasson
                    GERARD J. WASSON, ESQ.