**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE IRMA E. GONZALEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 07CR7045-IEG |
| Plaintiff, | ) | |
| v. | ) | **ORDER SHORTENING TIME** |
| JAMES PATRICK MAGUIRE, | ) | |
| Defendant. | ) | |

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that Defendant's Statement in Mitigation Upon Revocation of Supervised Release be filed on April 4, 2008.

**SO ORDERED.**

**DATED: April 7, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**